```
 1  Frank Woodson
    Navan Ward
 2  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
 3  218 Commerce Street
    P.O. Box 4160
 4  Montgomery, Alabama 36103
    Telephone: 334-269-2343
 5  Facsimile: 334-954-7555
    Attorneys for Plaintiffs
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11
12  IN RE: BEXTRA AND CELEBREX           MDL NO. 1699
    MARKETING SALES PRACTICES AND        District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION
14  This Document Relates To:
15  Judy Shearer, et al. vs. Pharmacia Inc, et al.   STIPULATION AND ORDER OF
    (05-4581 CRB)                                    DISMISSAL WITH PREJUDICE
16
    Barbara J. Williams vs. Pfizer Inc, et al.
17  (06-1670 CRB)
18  Michele Walker, et al. vs. Pfizer Inc, et al.
    (06-1878 CRB)
19
    Stephanie Shearer vs. Monsanto Company, et
20  al.
    (06-1902 CRB)
21
    Joe Vega, et al. vs. Pfizer Inc, et al.
22  (06-2440 CRB)
23  Brad Henry Taylor vs. Pfizer Inc, et al.
    (06-2577 CRB)
24
    James Preston Taylor vs. Pfizer Inc, et al.
25  (06-2863 CRB)
26  John H. Roberts, Jr. vs. Pfizer Inc, et al.
    (06-3062 CRB)
27
    Patsy Lynn Stegall vs. Pfizer Inc, et al.
28  (06-3084 CRB)
```

-1-

1
2  *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
   (06-3100 CRB)
3  *Barbara Smith, et al. vs. Pfizer Inc, et al.*
   (06-3102 CRB)
4
   *Arnold Swick vs. Pfizer Inc*
5  (06-3304 CRB)
6  *Corrine Morrisette vs. Pfizer Inc, et al.*
   (06-3363 CRB)
7
   *Sylvia Wingard vs. Pfizer Inc, et al.*
8  (06-3653 CRB)
9  *Susan Smith vs. Pfizer Inc, et al.*
   (06-3951 CRB)
10
    *Clarence Edward Smith vs. Pfizer Inc, et al.*
11  (06-3957 CRB)
12  *Mary Vernick vs. Pfizer Inc, et al.*
    (06-4102 CRB)
13
    *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14  *al.*
    (06-4285 CRB)
15
    *Marvin Rogers vs. G.D. Searle LLC, et al.*
16  (06-4514 CRB)
17  *Shirley Lindeen vs. G.D. Searle LLC, et al.*
    (06-4515 CRB)
18
    *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19  *al.*
    (06-4547 CRB)
20
    *Charles Snodgrass vs. Pfizer Inc, et al.*
21  (06-4661 CRB)
22  *John Vandale vs. Pfizer Inc, et al.*
    (06-5257 CRB)
23
    *William Coulson, et al. vs. Pfizer Inc, et al.*
24  (06-5261 CRB)
25  *Dick Shepherd vs. Pfizer Inc, et al.*
    (06-5417 CRB)
26
    *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27  (06-6900 CRB)
28  *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3

4  *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6

7  *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9

10 *Deanna L. Walston vs. Pfizer Inc, et al.*
   (07-1318 CRB)

11 *Louis Romanelli vs. Pfizer Inc, et al.*
   (07-2631 CRB)

12

13 *Johnnie L. West vs. Pfizer Inc, et al.*
   (07-5687 CRB)

14 *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
   (07-5915 CRB)

15

16 *Gene Summers vs. Pfizer Inc, et al.*
   (08-0259 CRB)

17 *Maria Avendano vs. Pfizer Inc, et al.*
   (08-1099 CRB)

18

19 *Mary Woodall vs. Pfizer Inc, et al.*
   (08-1183 CRB)

20 *Mildred Sturdavant vs. Pfizer Inc, et al.*
   (08-1976 CRB)

21

22 *Netra Thomas vs. Pfizer Inc, et al.*
   (08-2110 CRB)

23 *John Denton vs. Pfizer Inc, et al.*
   (08-2459 CRB)

24

25 *Joanne Schwandt vs. Pfizer Inc, et al.*
   (08-2604 CRB)

26 *Donald Schwanke vs. Pfizer Inc, et al.*
   (08-3709 CRB)

27

28 *Cheryl Samuel vs. Pfizer Inc, et al.*
   (09-0888 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·29, 2009    By: /s/ Navan Ward

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE